KEITH WYATT v.
METROPOLITAN MAINTENANCE COMPANY.

June 15, 1976. Petition for certification granted.

JOSEPH BAMBACI v. ALEXIAN BROTHERS HOSPITAL.

June 15, 1976. Petition for certification denied.

ANGEL RIVERA v. IRVING BROMBERG.

June 15, 1976. Petition for certification denied.

ROGER RICAT, JR. v. KENNETH SULZEN.

June 15, 1976. Petition for certification denied.

GEORGE F. KUGLER, JR. v. COUNTY EMPLOYEES PENSION
COMMISSION OF THE COUNTY OF HUDSON.

June 15, 1976. Petition for certification denied.

GEORGE JACQUES v.
NEW JERSEY STATE PAROLE BOARD.

June 15, 1976. Petition for certification denied.